■ PETER DROPICK, Appellant, v MARK ROGERS, Respondent. [632 NYS2d 1009] —Order unanimously affirmed without
costs. Memorandum: Supreme Court did not err in granting
defendant summary judgment dismissing the complaint as
untimely under CPLR 215. It is undisputed that defendant
intended to strike plaintiff, and thus the complaint sought
damages for assault, not negligence *(see, Mazzaferro v Albany
Motel Enters.,* 127 AD2d 374, 376; *see also, Salimbene v
Merchants Mut. Ins. Co.,* 217 AD2d 991). (Appeal from Order of
Supreme Court, Onondaga County, Nicholson, J.—Summary
Judgment.) Present—Denman, P. J., Green, Wesley, Balio and
Boehm, JJ.

■ SUSAN ENCAO et al., Respondents, v AETNA CASUALTY &
SURETY COMPANY, Appellant. (Appeal No. 2.) [632 NYS2d 994]
—Appeal unanimously dismissed without costs *(see, Smith v
Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]).
(Appeal from Order of Supreme Court, Monroe County, Frazee,
J.—Set Aside Verdict.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.